UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>BAO SUEIRO GERMAN SERGIO,<br><br>                Plaintiff,<br><br>   v.<br><br>DESPEGAR.COM.AR S.A.,<br><br>                Defendant. | CASE NO. 2:21-mc-00062-RSL<br><br>ORDER APPOINTING COMMISSIONER PURSUANT TO 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of Hernan Felix Krzyszycha, Judge in charge of First Instance Court in Civil and Commercial Matters No. 8 in and for the city of Mar del Plata, Argentina, seeking information from Expedia (Travelscape, LLC) ("Expedia") who resides within the jurisdiction of this Court, for use in a judicial proceeding in Argentina and the Court having read the Letter of Request (Exhibit A to the Declaration of Christina Fogg, Dkt. 1-2), from Judge Hernan Felix Krzyszycha, and being fully informed in the premises, it is hereby

ORDERED, pursuant to the authority contained in 28 U.S.C. § 1782 that Christina Fogg, Assistant United States Attorney for the Western District of Washington, is hereby appointed as Commissioner to take such steps as are necessary to obtain information from Expedia in conformity

ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 1
CASE NO. 2:21-mc-00062-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

with the Letter of Request (as set forth in Exhibit A to the Declaration of Christina Fogg, Dkt. 1-2), to certify the information provided by Expedia in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated this 8th day of June, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

TESSA M. GORMAN
Acting United States Attorney

*s/ Christina Fogg*
CHRISTINA FOGG, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: christina.fogg@usdoj.gov

ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 2
CASE NO. 2:21-mc-00062-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970